FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

98 APR 16 PM 4:10

SIGN_____ NL
RICHARD T. MARTIN
   CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VERONICA SANDERS, SHONICA JACKSON, WINIFRED DENNIS, ALICIA BANKS, THERESA ANTOINE, HEBERT ARMSTRONG, HELEN ARMSTRONG, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, HIJAH ARMSTRONG AND HYSHAWN ARMSTRONG, JARED ALCORN, STEVEN ALFORD, KEM CORNELL ANDERSON, TIMOTHY BAQUERNISE, ALEX BELL, HELEN BELL, HELLEN L. BELL, ARTHUR BENNETT, CLAUDETTE A. BERGERON, MICHELLE BERRY, DORIS BOWERS, BRIGETTE BRADFORD, INDIVIDUALLY AND ON BEHALF OF HER MIONOR CHILDREN, CHARLES BRADFORD, DENA BRIGGS, EMERALD BRIGGS, AND CHRISIE BRIGGS, WILFORD E. BREMER, CHARONE BRISCOE, JAMES BRISON, CASSANDRA BROOKS, LORENZO BROUSSARD, CHAMPANELLA BROWN, LARRONE TERRELL BROWN, WARREN BYRD, JAMES CAREY, TRACY CARROLL, BETTY CLAIBORNE, PATRICIA COLEMAN, RAYMOND DANEILL, TARIK DEMBY, MARGARET DONALDSON, GREGORY DOUGLAS, II, MONICA DUKES, AND WINSLEY DUKES, INDIVIDUALLY AND ON BEHALF OF THE MINORS, ALMINE POWELL AND WINQUIDA DUKES, CORNELIUS FAIR, JR., DARROW FIELOS, SR., TIMOTHY FITTEN, VIRGINIA FOSTER, WILLIAM FOSTER, SHIRLEY M. FRANK, JESSIE FRANKLIN, ROSA FRANKLIN, ERICA A. GARDNER, ANTHONY GENIQUE, DARRYL GEORGE, JAMES GIBBS, SR., DOROTHY GIBBS, SHALONDA GODFREY, NORA GOINGS, MATTIE | CIVIL ACTION<br><br>NUMBER 98-342<br><br>JUDGE PARKER<br><br>MAGISTRATE REIDLINGER |

PS. Removal



3:98-cv-00342 1 - 1
DATE: 04/16/98    DEPUTY CLERK: dcap

GORDON, DAVID GREEN, MILDRED HAMPTON, AVA HARRIS, KENNETH HARRIS, LINDA HARRIS, LLOYD HARRIS, OKEITHA HARRIS, JOYCE HATCH, GILLIS HAWTHORNE, VIRGIL HICKS, LANA HOLLAND, WANDA MACK-HOOKS, ON BEHALF OF THE MINORS, KEENAN HOOKS AND BRANDIN BELL, MARY L. HUDSON, DELORES HUNTER, ON BEHALF OF THE MINOR, MARVIN HUNTER, WENDY HURT, CLAUDE JACKSON, IV, SHIRLEY JACKSON, DONNA JACOBS, SAMUEL JOHNSON, JERRY JONES, YARIMA N. KEELS, LAKEITH KING, AYANA FALLON LEWIS, DEDRIC LONDON, ARAMIATA LOVE, PRECIOUS LYONS, NAKIA MARISA, FAMOUS MCCALEB, JR., AMANDA MOORE, KANDRICK MOORE, ELAINE MOORE, JOYCE MOTT, LANA MYLES, DORSEY NICHOLE, DE'YONKA NICKS, DARRYL PALMER, KEVIN PARKER, THEODORE PARKER, ADAM J. PLAISANCE, CHERYL POARCH AND GALLIE POARCH, INDIVIDUALLY AND ON BEHALF OF THE MINOR CHILDREN, AMANDA MICHELLE POARCH AND DANIEL PATRICK POARCH, BIANCA C. POINTER, DELORES POINTER, KARA CASSANDRA POINTER, MORONI POINTER, HARRY PORTER AND AUDREY A. PORTER, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, JONATHAN L. PORTER, SYLVIA POWELL, SHERRITA RACHEL, HELEN BARROW RAYFORD, SHANNON REED, ARTHUR ROBERTSON, JAMES ROBERTSON, NED M. ROBERTSON, JR., ELLEN ROGERS, INDIVIDUALLY AND ON BEHALF OF THE MINOR, HAROLD ROGERS, DANIELLE H. SALTON, TAMIKA SEORGE, EWELL B. SMITH, REGINA SMITH, KIMBERLYN SOILEAU, FREDA SQUARE, JOHNNY STANLEY,

BARRY E. STINES, BRIAN STIPTOE, ROBERT STOKES, LATOYA STRINGER, GENE STROWDER, CARLTON SWANSON, GLORIA TALBERT, MICHAEL TATE, JOY TAYLOR, CARL THOMAS, SR., IRMA THOMAS, MOZELLA THOMAS, ZAHID THOMAS, NATTERNOST TOWNSEL, VIVIAN VORNER, RADLEY WALKER, MARIA T. WALLACE, DENESIA WALLACE, RENITA WARD, CHARITY WASHINGTON, JOYCE WASHINGTON, LESTER WASHINGTON, DERRICK WHITE, PATSY WHITE, THOMAS WHITE, JR., TIFFANY WHOOPER, CASEY WICKER, ANDREW WILLIAMS, TAWANA WILLIAMS, TIFFANY WILLIAMS, LEANDER P. WINFIELD, MICHELLE D. YATES, JEFFREY YOUNG, OLIVER YOUNG, DELORES M. MITCHELL, AUDREY PIERSON, VELMA P. RUSSELL, ANNIE L. WILLIAMS, BRANDON BELL, JOYCE WINFIELD, ALMOINE DUKES AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED

VERSUS

DAVID E. CARLTON, ACADIANA DIVERS AND SALVAGE, INC., OIL MOP, INC., PATTON-TULLY TRANSPORTATION COMPANY, ACADIANA ENTERPRISES OF LA., INC., MCKINNEY TOWING, INC., AND GARNER ENVIRONMENTAL SERVICES, INC.

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

     **NOW INTO COURT**, through undersigned counsel, comes the defendant, David E. Carlton, who hereby gives notice to this Court and to all parties of the removal of the civil

action entitled "*Veronica Sanders, Shonica Jackson, Winifred Dennis, Alicia Banks, Theresa Antoine, Herbert Armstrong, Helen Armstrong, individually and on behalf of their minor children, Hijah Armstrong and Hyshawn Armstrong, Jared Alcorn, Steven Alfred, Kem Cornell Anderson, Timothy Baguernise, Alex Bell, Helen Bell, Hellen L. Bell, Arthur Bennett, Claudette A. Bergeron, Michelle Berry, Doris Bowers, Brigette Bradford, individually and on behalf of her mionor children, Charles Bradford, Dena Briggs, Emerald Briggs, and Chrisie Briggs, Wilford E. Bremer, Charone Briscoe, James Brison, Cassandra Brooks, Lorenzo Broussard, Champanella Brown, Larrone Terrell Brown, Warren Byrd, James Carey, Tracy Carroll, Betty Claiborne, Patricia Coleman, Raymond Daneill, Tarik Demby, Margaret Donaldson, Gregory Douglas, II, Monica Dukes, and Winsley Dukes, individually and on behalf of the minors, Almine Powell and Winquida Dukes, Cornelius Fair, Jr., Darrow Fielos, Sr., Timothy Fitten, Virginia Foster, William Foster, Shirley M. Frank, Jessie Franklin, Rosa Franklin, Erica A. Gardner, Anthony Genique, Darryl George, James Gibbs, Sr., Dorothy Gibbs, Shalonda Godfrey, Nora Goings, Mattie Gordon, David Green, Mildred Hampton, Ava Harris, Kenneth Harris, Linda Harris, Lloyd Harris, Okeitha Harris, Joyce Hatch, Gillis Hawthorne, Virgil Hicks, Lana Holland, Wanda Mack-Hooks, on behalf of the minors, Keenan Hooks and Brandin Bell, Mary L. Hudson, Delores Hunter, on behalf of the minor, Marvin Hunter, Wendy Hurt, Claude Jackson, IV, Shirley Jackson, Donna Jacobs, Samuel Johnson, Jerry Jones, Yarima N. Keels, Lakeith King, Ayana Fallon Lewis, Dedric London, Aramiata Love, Precious Lyons, Nakia Marisa, Famous McCaleb, Jr., Amanda Moore, Kandrick Moore, Elaine Moore, Joyce Mott, Lana Myles, Dorsey Nichole, De'Yonka Nicks, Darryl Palmer, Kevin Parker, Theodore Parker, Adam J. Plaisance, Cheryl Poarch and Gallie Poarch, individually and on behalf of the minor children,*

*Amanda Michelle Poarch and Daniel Patrick Poarch, Bianca C. Pointer, Delores Pointer, Kara Cassandra Pointer, Moroni Pointer, Harry Porter and Audrey A. Porter, individually and on behalf of their minor child, Jonathan L. Porter, Sylvia Powell, Sherrita Rachel, Helen Barrow Rayford, Shannon Reed, Arthur Robertson, James Robertson, Ned M. Robertson, Jr., Ellen Rogers, individually and on behalf of the minor, Harold Rogers, Danielle H. Salton, Tamika Seorge, Ewell B. Smith, Regina Smith, Kimberlyn Soileau, Freda Square, Johnny Stanley, Barry E. Stines, Brian Stiptoe, Robert Stokes, Latoya Stringer, Gene Strowder, Carlton Swanson, Gloria Talbert, Michael Tate, Joy Taylor, Carl Thomas, Sr., Irma Thomas, Mozella Thomas, Zahid Thomas, Natternost Townsel, Vivian Vorner, Radley Walker, Maria T. Wallace, Denesia Wallace, Renita Ward, Charity Washington, Joyce Washington, Lester Washington, Derrick White, Patsy White, Thomas White, Jr., Tiffany Whooper, Casey Wicker, Andrew Williams, Tawana Williams, Tiffany Williams, Leander P. Winfield, Michelle D. Yates, Jeffrey Young, Oliver Young, Delores M. Mitchell, Audrey Pierson, Velma P. Russell, Annie L. Williams, Brandon Bell, Joyce Winfield, Almoine Dukes and on behalf of all other similarly situated vs. David E. Carlton, Acadiana Divers and Salvage, Inc., Oil Mop, Inc., Patton-Tully Trnsportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc., and Garner Environmental Services, Inc.,"* Number 29,233, Division "B", Eighteenth Judicial District Court, Parish of West Baton Rouge, State of Louisiana, on the following grounds:

1.

On March 16, 1998, the aforementioned state action was commenced by the plaintiffs and is presently pending in the Eighteenth Judicial District Court in and for the Parish of West Baton Rouge, State of Louisiana.

2.

The Eighteenth Judicial District Court is located within the Middle District of Louisiana.

3.

A copy of the Class Action Petition for Damages is attached hereto and constitutes all process, pleadings and orders received by the defendant in the state action.

4.

This action is properly removable pursuant to 28 U.S.C. §1441(b) because the Class Action Petition for Damages alleges damages consummated on land that were caused by a vessel or vessels upon the navigable waters of the United States, under an independent and statutorily-created basis of jurisdiction, the Admiralty Extension Act, 46 U.S.C. §740.

5.

In addition, the Court has jurisdiction over the subject matter of this action pursuant to 42 U.S.C. § 9613, the Comprehensive Environmental Response Compensation and Liability Act, under which United States District Courts are granted jurisdiction to hear matters rising under the Act.

6.

In a further alternative, this Court has jurisdiction pursuant to 28 U.S.C. § 1331, as well as under the Maritime jurisdiction of the Court, 28 U.S.C. § 1333.

7.

Although there are other party defendants in the state court action, no service of process has been made upon any of them. Accordingly, the joinder of these other party defendants to this removal is not required.

8.

A copy of the Class Action Petition For Damages was first received by the attorneys for Ingram Barge Company on March 18, 1998, and it was received by the defendant subsequent thereto.

9.

Thirty days have not elapsed since the receipt by the defendant, through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which the action is based.

10.

In conformity with 28 U.S.C. § 1446 (d), promptly after the filing of this Notice of Removal, the defendant, through undersigned counsel, gave written notice of the filing thereof by service upon counsel for the plaintiffs and will file a copy of this Notice of Removal with the Clerk of Court for the Eighteenth Judicial District Court, Parish of West Baton Rouge, State of Louisiana, to effect removal of the action.

**WHEREFORE**, defendant, Donald E. Carlton, hereby prays that this Notice of Removal be accepted as good and sufficient and that the above-described civil action be removed from the Eighteenth Judicial District Court, Parish of West Baton Rouge, State of Louisiana, to this Court for trial and determination as provided by law; and that this Court

enter such orders and issue such process as may be necessary and proper to bring before it copies of all records and proceedings presently pending in the aforementioned state court and thereupon proceed in this civil action as if originally commenced in this Court; and for all necessary and appropriate orders and decrees in accordance with the applicable law.

        By Attorneys,

        STEEN & MCSHANE, L.L.C.
        Suite 1250, Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-1250
        Telephone: (504) 599-8440

By: _/s/ Charles M. Steen_
        Charles M. Steen, T.A. (#12420)
        Peter N. Freiberg (#22912)

**Attorneys for defendant, Donald E. Carlton**

### CERTIFICATE

    I hereby certify that a copy of the above and foregoing Notice has been mailed to John E. Cummings, III, Esq., 416 Gravier Street, New Orleans, LA 70130-2499 and Mr. Walter C. Dumas, Esq., P. O. Box 1366, Baton Rouge, LA 70821, as co-chairmen of the Plaintiffs' Steering Committee; and Emmett J. Boudreaux, Boudreaux & Whitworth, 500 Laurel Street, Suite 500, P. O. Box 3476, Baton Rouge, LA 70821-3476, John L. Tyler, Tyler & Possa, 1659 Florida Boulevard, Baton Rouge, LA 70802, and Philip Bohrer, Koederitz & Bohrer, A Professional Law Corporation, 7924 Wrenwood Boulevard, Suite B, Baton Rouge, La 70808.

New Orleans, Louisiana, this 16th day of April, 1998.

        _/s/ Peter N. Freiberg_
        Peter N. Freiberg

EIGHTEENTH JUDICIAL DISTRICT COURT

PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

VERONICA SANDERS, SHONICA JACKSON, WINIFRED DENNIS, ALICIA BANKS, THERESA ANTOINE, HERBERT ARMSTRONG, HELEN ARMSTRONG, individually and on behalf of their minor children, HIJAH ARMSTRONG and HYSHAWN ARMSTRONG, JARED ALCORN, STEVEN ALFRED, KEM CORNELL ANDERSON, TIMOTHY BAGUERNISE, ALEX BELL, HELEN BELL, HELLEN L. BELL, ARTHUR BENNETT, CLAUDETTE A. BERGERON, MICHELLE BERRY, DORIS BOWERS, BRIGETTE BRADFORD, individually and on behalf of her minor children, CHARLES BRADFORD, DENA BRIGGS, EMERALD BRIGGS, and CHRISIE BRIGGS, WILFORD E. BREMER, CHARONE BRISCOE, JAMES BRISON, CASSANDRA BROOKS, LORENZO BROUSSARD, CHAMPANELLA BROWN, LARRONE TERRELL BROWN, WARREN BYRD, JAMES CAREY, TRACY CARROLL, BETTY CLAIBORNE, PATRICIA COLEMAN, RAYMOND DANEILL, TARIK DEMBY, MARGARET DONALDSON, GREGORY DOUGLAS, II, MONICA DUKES, and WINSLEY DUKES, individually and on behalf of the minors, ALMINE POWELL and WINQUIDA DUKES, CORNELIUS FAIR, JR., DARROW FIELOS, SR., TIMOTHY FITTEN, VIRGINIA FOSTER, WILLIAM FOSTER, SHIRLEY M. FRANK, JESSIE FRANKLIN, ROSA FRANKLIN, ERICA A. GARDNER, ANTHONY GENIQUE, DARRYL GEORGE, JAMES GIBBS, SR., DOROTHY GIBBS, SHALONDA GODFREY, NORA GOINGS, MATTIE GORDON, DAVID GREEN, MILDRED HAMPTON, AVA HARRIS, KENNETH HARRIS, LINDA HARRIS, LLOYD HARRIS, OKEITHA HARRIS, JOYCE HATCH, GILLIS HAWTHORNE, VIRGIL HICKS, LANA HOLLAND, WANDA MACK-HOOKS, on behalf of the minors, KEENAN HOOKS and BRANDIN BELL, MARY L. HUDSON, DELORES HUNTER, on behalf of the minor, MARVIN HUNTER, WENDY HURT, CLAUDE JACKSON, IV, SHIRLEY JACKSON, DONNA JACOBS, SAMUEL JOHNSON, JERRY JONES, YARIMA N. KEELS, LAKEITH KING, AYANA FALLON LEWIS, DEDRIC LONDON, ARAMIATA LOVE, PRECIOUS LYONS, NAKIA MARISA, FAMOUS MCCALEB, JR., AMANDA MOORE, KANDRICK MOORE, ELAINE MOORE, JOYCE MOTT, LANA MYLES, DORSEY NICHOLE, DE'YONKA NICKS, DARRYL PALMER, KEVIN PARKER, THEODORE PARKER, ADAM J. PLAISANCE, CHERYL POARCH AND GALLIE POARCH, individually and on behalf of the minor children, AMANDA MICHELLE POARCH and DANIEL PATRICK POARCH, BIANCA C. POINTER, DELORES POINTER, KARA CASSANDRA POINTER, MORONI POINTER, HARRY PORTER and AUDRY A. PORTER, individually and on behalf of their minor child, JONATHAN L. PORTER, SYLVIA POWELL, SHERRITA RACHEL, HELEN BARROW RAYFORD, SHANNON REED, ARTHUR ROBERTSON, JAMES ROBERTSON, NED M. ROBERTSON, JR., ELLEN ROGERS, individually and on behalf of the minor,

NUMBER: 29 233    DIV.: B

| | |
|---|---|
| HAROLD ROGERS, DANIELLE H. SALTON, TAMIKA SEORGE, EWELL B. SMITH, REGINA SMITH, KIMBERLYN SOILEAU, FREDA SQUARE, JOHNNY STANLEY, BARRY E. STINES, BRIAN STIPTOE, ROBERT STOKES, LATOYA STRINGER, GENE STROWDER, CARLTON SWANSON, GLORIA TALBERT, MICHAEL TATE, JOY TAYLOR, CARL THOMAS, SR., IRMA THOMAS, MOZELLA THOMAS, ZAHID THOMAS, NATTERNOST TOWNSEL, VIVIAN VORNER, RADLEY WALKER, MARIA T. WALLACE, DENESIA WALLACE, RENITA WARD, CHARITY WASHINGTON, JOYCE WASHINGTON, LESTER WASHINGTON, DERRICK WHITE, PATSY WHITE, THOMAS WHITE, JR., TIFFANY WHOOPER, CASEY WICKER, ANDREW WILLIAMS, TAWANA WILLIAMS, TIFFANY WILLIAMS, LEANDER P. WINFIELD, MICHELLE D. YATES, JEFFREY YOUNG, OLIVER YOUNG, DELORES M. MITCHELL, AUDREY PIERSON, VELMA P. RUSSELL, ANNIE L. WILLIAMS, BRANDON BELL, JOYCE WINFIELD, ALMOINE DUKES AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | * |
| VERSUS | * |
| DAVID E. CARLTON, ACADIANA DIVERS AND SALVAGE, INC., OIL MOP, INC., PATTON-TULLY TRANSPORTATION COMPANY, ACADIANA ENTERPRISES OF LA., INC., MCKINNEY TOWING, INC., AND GARNER ENVIRONMENTAL SERVICES, INC. | * |

## CLASS ACTION PETITION FOR DAMAGES

The Petition of Veronica Sanders, Shonica Jackson, Winifred Dennis, Alicia Banks, Theresa Antoine, Herbert Armstrong, Helen Armstrong, individually and on behalf of their minor children, Hijah Armstrong and Hyshawn Armstrong, Jared Alcorn, Steven Alfred, Kem Cornell Anderson, Theresa Antoine, Timothy Baguernise, Alex Bell, Helen Bell, Hellen L. Bell, Arthur Bennett, Claudette A. Bergeron, Michelle Berry, Doris Bowers, Brigette Bradford, individually and on behalf of her minor children, Charles Bradford, Dena Briggs, Emerald Briggs, and Chrisie Briggs, Wilford E. Bremer, Charone Briscoe, James Brison, Cassandra Brooks, Lorenzo Broussard, Champanella Brown, Larrone Terrell Brown, Warren Byrd, James Carey, Tracy Carroll, Betty Claiborne, Patricia Coleman, Raymond Daneill, Tarik Demby, Margaret Donaldson, Gregory Douglas, II, Monica Dukes and Winsley Dukes, individually and on behalf of the minors, Almine Powell and Winquida Dukes, Cornelius Fair, Jr., Darrow Fielos, Sr., Timothy Fitten, Virginia Foster, William Foster, Shirley M. Frank, Jessie Franklin, Rosa Franklin, Erica A. Gardner, Anthony Genique, Darryl George, James Gibbs, Sr., Dorothy Gibbs, Shalonda Godfrey, Nora Goings, Mattie Gorden, David Green, Mildred Hampton, Ava Harris, Kenneth Harris, Linda Harris, Lloyd Harris, Okeitha Harris, Joyce Hatch, Gillis Hawthorne, Virgil Hicks, Lana Holland, Wanda Mack-Hooks, on behalf of the minors, Keenan Hooks and Brandin Bell, Mary L. Hudson, Delores Hunter, on behalf of the minor, Marvin Hunter, Wendy Hurt, Claude Jackson, IV, Shirley Jackson, Donna

Jacobs, Samuel Johnson, Jerry Jones, Yarima N. Keels, LaKeith King, Ayana Fallon Lewis, Dedric London, Aramiata Love, Precious Lyons, Nakia Marisa, Famous McCaleb, Jr., Amanda Moore, Kandrick Moore, Elaine Moore, Joyce Mott, Lana Myles, Dorsey Nichole, De'yonka Nicks, Darryl Palmer, Kevin Parker, Theodore Parker, Adam J. Plaisance, Cheryl Poarch and Gallie Poarch, individually and on behalf of the minor children, Amanda Michelle Poarch and Daniel Patrick Poarch, Bianca C. Pointer, Delores Pointer, Kara Cassandra Pointer, Moroni Pointer, Harry Porter and Audrey A. Porter, individually and on behalf of their minor child, Jonathan L. Porter, Sylvia Powell, Sherrita Rachel, Helen Barrow Rayford, Shannon Reed, Arthur Robertson, James Robertson, Ned M. Robertson, Jr., Ellen Rogers, individually and on behalf of the minor, Harold Rogers, Danielle H. Salton, Tamika Seorge, Ewell B. Smith, Regina Smith, Kimberlyn Soileau, Freda Square, Johnny Stanley, Barry E. Stines, Brian Stiptoe, Robert Stokes, LaToya Stringer, Gene Strowder, Carlton Swanson, Gloria Talbert, Michael Tate, Joy Taylor, Carl Thomas, Sr., Irma Thomas, Mozella Thomas, Zahid Thomas, Natternost Townsel, Vivian Vorner, Radley Walker, Denesia Wallace, Maria T. Wallace, Renita Ward, Charity Washington, Joyce Washington, Lester Washington, Derrick White, Patsy White, Thomas White, Jr., Tiffany Whooper, Casey Wicker, Andrew Williams, Tawana Williams, Tiffany Williams, Leander P. Winfield, Michelle D. Yates, Jeffrey Young, Oliver Young, Delores M. Mitchell, Audrey Pierson, Velma P. Russell, Annie L. Williams, Brandon Bell, Almoine Dukes, Joyce Winfield, and on behalf of all others similarly situated, respectfully represents that:

I.

Made defendants herein are:

A)   DAVID E. CARLTON, a major, domiciled in the State of Illinois;

B)   ACADIANA DIVERS AND SALVAGE, INC., a domestic corporation, domiciled in the Parish of Lafayette, State of Louisiana;

C)   OIL MOP, INC., a domestic corporation, domiciled in the Parish of Orleans, State of Louisiana;

D)   PATTON-TULLY TRANSPORTATION COMPANY, a foreign corporation, authorized to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court;

E)   ACADIANA ENTERPRISES OF LA., INC., a domestic corporation, domiciled at 3209 Moss Street, Lafayette, Louisiana, 70507;

F)   MCKINNEY TOWING, INC., a domestic corporation, domiciled at 2500 River Road, Baton Rouge, Louisiana;

G)   GARNER ENVIRONMENTAL SERVICES, INC., a foreign corporation, authorized to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court.

II.

Defendants are indebted to petitioners, jointly and *in solido*, individually and on behalf of the class they seek to represent, for all damages allowed by applicable law, in an amount that is just and reasonable in the premise, for the following, to-wit:

III.

On or about March 17, 1997, the M/V F.R. BIGELOW, a vessel in navigation, was southbound in the Mississippi River pushing a flotilla of approximately 25 barges. At that time, the M/V F.R. BIGELOW was operated by defendant, David E. Carlton, who was employed by Ingram Barge Company as the pilot of the M/V F. R. BIGELOW.

IV.

While underway, the F.R. BIGELOW and its tow allided with the left descending pier of the U.S. Highway 190 bridge crossing the Mississippi River located between East Baton Rouge Parish and West Baton Rouge Parish, Louisiana.

V.

As a result of the allison, one of the barges comprising the tow of the M/V F.R. BIGELOW, namely the I.B. 960, which contained over 400,000 pounds of aromatic hydrocarbons, benzene, tolulene, and/or other toxic or hazardous chemicals, overturned and was partially submerged. This occurred within the Parish of West Baton Rouge.

VI.

On or about March 18, 1997, the above-described cargo of the I.B. 960 began to leak and escape into the atmosphere, which resulted in a continuous cloud of toxic fumes composed of the above-described toxic chemicals which spread repeatedly throughout the areas of West Baton Rouge Parish and East Baton Rouge Parish, including the Southern University Campus and all of the surrounding neighborhoods. This ongoing exposure, which began on or about March 17, 1997, continued up to and including approximately March 28, 1997.

VII.

After the initial allision described above, defendants, Acadiana Divers and Salvage, Inc., Oil Mop, Inc., Patton-Tully Transportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc. and Garner Environmental Services, Inc., were contracted by Ingram Barge Company to perform underwater inspection, salvage, surface and sub-surface removal and containment of the hazardous cargo aboard the I.B. 960.

VIII.

During the subsequent off-loading and/or salvage operations Acadiana Divers and Salvage, Inc., Oil Mop, Inc., Patton-Tully Transportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc. and Garner Environmental Services, Inc., caused further releases of hazardous and/or toxic chemicals, and/or dangerous substances which further exposed plaintiffs herein to harm.

IX.

Petitioners allege that the above-described accident and their resulting injuries were caused by the negligence of David Carlton, in the following non-exclusive particulars:

    a)    Breach of a legally imposed duty of reasonable care;

b)   Failing to implement appropriate navigational and safety standards, protocol and procedures;

c)   Failing to maintain a proper lookout;

d)   Traveling at an excessive rate of speed under prevailing weather and river conditions;

e)   Failing to properly and timely investigate river conditions;

f)   Maintaining an inappropriately sized string of barges under prevailing conditions;

g)   Failing to employ prompt and proper safety procedures including cargo spill containment;

h)   Failing to safely navigate the F.R. BIGELOW and its tow under the Mississippi River Bridge crossing;

i)   Other acts of negligence to be proven at the trial of this cause.

X.

Petitioners show that Acadiana Divers and Salvage, Inc., Oil Mop, Inc., Patton-Tully Transportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc., and Garner Environmental Services, Inc., acting through their agents, servants, employees, or others for whom they are legally responsible, negligently caused or contributed to the hazardous substance release described hereinabove, in the following non-exclusive particulars:

a)   Breach of a legally imposed duty of reasonable care;

b)   Failing to utilize the necessary degree of care required under the circumstances;

c)   Failing to properly employ safe containment systems;

d)   Failure to properly, timely and safely warn petitioners;

e)   Conducting salvage operations in an unsafe manner;

f)   Other acts of negligence to be proven at the trial of this cause.

XI.

Petitioners show that, because of the allision described above, there were caused to be exposed to hazardous and dangerous fumes caused by and/or contributed to by defendants, David E. Carlton, Oil Mop, Inc., Acadiana Divers and Salvage, Inc., Patton-Tully Transportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc., and Garner Environmental Services, Inc. As a result of this exposure, petitioners have suffered personal injury including, but not limited to, physical injury to their eyes, noses, lungs, airways, throats, internal organs, immune circulatory systems, as well as bodies as a whole. Furthermore, certain petitioners herein were caused to evacuate their residences and, as a result, suffered property damage, inconvenience, and nuisance.

XII.

Petitioners, individually and on behalf of others similarly situated, claim all damages allowed by applicable law.

### XIII.

Petitioners designate this claim as a class action, pursuant to *Louisiana Code of Civil Procedure Article 591, et. seq.* Petitioners specifically allege that the persons constituting the proposed class are so numerous that it is impractical for all of them to join or be joined as parties, and the rights sought to be enforced against defendants is common to all members of the proposed class.

### XIV.

Named plaintiffs are fair and adequate representatives of all potential class members. Named plaintiffs have sustained damages which are common to all members of the class.

### XV.

Petitioners respectfully allege that this action is appropriate for determination under the Louisiana Class Action Procedure for the following reasons:

1) A large number of potential claimants presents a level of numerosity better administrated through the class action procedure as opposed to a mass joinder of individual claims;

2) The common issues of law and fact pertaining to the determination of fault and the defendants' liability for damages predominate over the individual issues of quantum;

3) The determination of fault and the basis for assessment of damages may be made in the class action under Louisiana Code of Civil Procedure Article 593.1(C)(1), (2), and (3), without the necessity of proof at that time as to the amount of those damages, thereby establishing the guidelines for settlement and/or subsequent trials in individual cases, if necessary;

4) Petitioners herein have sustained damages of the nature described above and are suitable and capable representatives of the potential class.

### XVI.

Plaintiffs respectfully requests written notice to their counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572, and plaintiffs further request pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, immediate notice to their counsel of all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, Petitioners pray that defendants be duly cited and served with a copy of this Petition, be required to appear and answer same and, after due proceedings had, that this action be certified as a class action pursuant to the applicable provisions of the Louisiana Code of Civil Procedure, that there be judgment rendered herein in favor of petitioners and against defendants, David E. Carlton, Acadiana Divers and Salvage, Inc., Oil Mop, Inc., Patton-Tully Transportation Company, Acadiana Enterprises of La., Inc., McKinney Towing, Inc. and Garner Environmental Services, Inc., jointly and *in solido*, for damages in amounts as allowed by

Louisiana law, and, for each plaintiff, damages below the jurisdictional limit for diversity jurisdiction, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted:

BOUDREAUX & WHITWORTH
Emmett J. Boudreaux
500 Laurel Street, Suite 500
P.O. Box 3476
Baton Rouge, Louisiana 70821-3476
Telephone: (504) 343-4357

-and-

TYLER & POSSA
John L. Tyler
1659 Florida Boulevard
Baton Rouge, Louisiana 70802
Telephone: (504) 343-8313

-and-

KOEDERITZ & BOHRER
A Professional Law Corporation
7924 Wrenwood Boulevard
Suite B
Baton Rouge, Louisiana 70808
Telephone: (504) 231-7193

By:_____
Philip Bohrer
Bar Roll No.: 14089

**SERVICE INFORMATION:**

**Please withhold service at this time.**